UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CR05-331JLR |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR DISMISSAL |
| ) | WITHOUT PREJUDICE |
| GONZALO RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Indictment against defendant GONZALO RODRIGUEZ.  A cooperating defendant provided information that justifies a re-evaluation of the government's case against the defendant.  The government believes it would be in the interest of justice to dismiss the Superseding Indictment against the defendant, without prejudice, as the investigation continues.

Dated this 4th day of October, 2005.

Respectfully submitted,

JOHN McKAY
United States Attorney

s/ Douglas B. Whalley
DOUGLAS B. WHALLEY
Assistant United States Attorney

CR05-331JLR/Order for Dismissal – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-4882, Fax: (206) 553-4440
E-mail: douglas.whalley@usdoj.gov
Washington State Bar No. 4625

ORDER

Leave of court is GRANTED for the filing of the foregoing dismissal of the Superseding Indictment as to defendant GONZALO RODRIGUEZ, without prejudice.

DATED this 4th day of October, 2005.

_____
JAMES L. ROBART
United States District Judge